UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL CLARK SMULICK,

          Petitioner,

-vs-                             Case No.  5:16-cv-304-Oc-10PRL
                                          5:04-cr-10-Oc-10PRL

UNITED STATES OF AMERICA,

          Respondent.
_____/

**O R D E R**

Petitioner initiated this proceeding with a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (Doc. 1.)  He subsequently filed an "Emergency Motion for Order Authorizing Immediate Release or Bail Release."  (Doc. 3.)  Counsel has entered an appearance on behalf of Petitioner (Docs. 5, 6, 9) and moved to file an amended § 2255 motion.  (Doc. 7.)  Counsel has filed an unopposed motion to stay these proceedings pending the United States Supreme Court's decision in Beckles v. United States, ___ S. Ct. ___, 2016 WL 1029080 (June 27, 2016) (granting certiorari to consider whether the holding in Johnson v. United States, 135 S. Ct. 2551 (2015) applies to sentences enhanced under the United States Sentencing Guidelines (U.S.S.G.)).  Petitioner, citing Johnson, challenges his sentence enhancements under both the Armed Career Criminal Act (ACCA) and the U.S.S.G.  (Doc. 8.)

Upon due consideration, it is hereby ORDERED that:

(1) Petitioner's motion for immediate release (Doc. 3) is DENIED without prejudice.

(2) Petitioner's motion for leave to file an amended § 2255 motion (Doc. 7) is GRANTED.

(3) Petitioner's unopposed motion to stay these proceedings (Doc. 8) is GRANTED.  This case is hereby STAYED and held in abeyance pending further order of the Court upon the final disposition of Beckles, or for other good cause shown.  The Clerk is directed to administratively close the case pending further order of the Court

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 15th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Mari Jo Taylor