UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL CLARK SMULICK,

    Petitioner,

-vs-                                Case No.  5:16-cv-304-Oc-10PRL
                                                    5:04-cr-10-Oc-10PRL

UNITED STATES OF AMERICA,

    Respondent.
_____/

## O R D E R

Pursuant to the parties' Joint Stipulation Regarding Section 2255 Motion and Resentencing (Doc. 24), the motion under 28 U.S.C. § 2255 (Doc. 8) to vacate the Petitioner's sentence is hereby GRANTED.  The term of imprisonment imposed in the judgment entered on November 2, 2004 (Cr. Doc. 37, Case No. 5:04-cr-10-Oc-10PRL) is hereby amended to read as follows:

> The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 120 months as to Counts One and Two, 184 months as to Count Three, and 60 months as to Count Four, with all of such terms to be served concurrently each with the other.

In all other respects, the judgment (Cr. Doc. 37) will remain undisturbed.

The Clerk is directed to forthwith furnish a copy of this Order to the Petitioner, to all Counsel of Record, to the United States Marshals Service, to the United States Probation Office, and to the United States Bureau of Prisons.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 18th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
Mari Jo Taylor
Michael Clark Smulick
USMS
USPO
BOP